# Exhibit "E"

**EXHIBIT B**

AT AN IAS PART 84 OF THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF KINGS, AT THE COURTHOUSE LOCATED AT 365 ADAMS STREET, BROOKLYN, NEW YORK, ON THE 29th DAY OF April 2022

PRESENT:

HON. CAROLYN E. WADE,

Justice

92 THIRD STREET, LLC,

Plaintiff,

-against -

COWORKRS 3RD STREET LLC,

Defendant.

Index No. 508728 /2022

ORDER AND JUDGMENT

Plaintiff 92 THIRD STREET, LLC ("Plaintiff") having commenced this action against defendant COWORKRS 3RD STREET LLC ("Coworkrs") by summons and complaint dated March 24, 2022 seeking, inter alia, a judgment in ejectment against Coworkrs (Second Cause of Action) compelling Coworkrs to vacate the subject premises, a Portion of Cellar, a Portion of First Floor and a Portion of Second Floor in the building located at 68-80 Third Street, Brooklyn, New York 11231 ("Premises"), failing which Coworkrs shall be subject to eviction by all legal means available, including the use of

self-help or the offices of a New York City Sheriff or Marshal, or their deputies, who may employ such force as is necessary to remove and evict Coworkrs from the Premises and to place Plaintiff into possession thereof, and Plaintiff and Defendant having entered into a Stipulation of Settlement dated March 28, 2022 ("Stipulation") which provides, inter alia, for issuance of a judgment in ejectment in Plaintiff's favor and against Coworkrs as set forth below.

NOW, upon the reading of the Complaint and the Stipulation, and on motion of Kaufman Friedman Plotnicki & Grun, LLP, attorneys for Plaintiff, it is

ORDERED AND ADJUDGED, that Plaintiff, having an address at c/o Samson Management LLC, 118-35 Queens Blvd., Suite 1710, Forest Hills, NY 11375, is hereby awarded a judgment against Coworkrs, with an address at 68-80 Third Street, Brooklyn, New York 11231, as follows:

> Compelling Coworkrs to peacefully vacate and surrender possession of the Premises, and all keys thereto in Coworkrs' possession, within five (5) days after service by Plaintiff or its counsel upon Coworkrs by email to edeitsch@bondcollective.com and shlomo@bondcollective.com, and upon its counsel by email to tovia@jclawllp.com, of notice to vacate the Premises ("Vacate Notice"), failing which Plaintiff shall be entitled to utilize all legal means to obtain possession of the Premises, including, but not limited to, (i) utilizing the offices of either the New York City Marshal or the New York City Sherriff, as the case may be, upon tender to either the New York City Marshal or the New York City Sherriff, as the case may be, of a certified copy of this Order and Judgment, to forcibly evict Coworkrs and all occupants of the Premises therefrom, and the New York City Marshal or the New York City Sherriff, and their deputies, as the case may be, who are hereby empowered and authorized in such case to use such force as is necessary to remove and evict Coworkrs and all occupants of the Premises therefrom, and to place Plaintiff into possession of the Premises, or, in the alternative, (ii) utilizing self-help as allowed by law, changing the locks to the Premises, and thereby obtaining possession of the Premises,

with the utilization of such self-help remedy having the same force and effect as if the New York City Marshal or the New York City Sherriff had placed Plaintiff into possession of the Premises; and it is further

ORDERED AND ADJUDGED, that upon Plaintiff's recovery of possession of the Premises either by way of Coworkrs' peaceful surrender of possession of the Premises, its eviction therefrom, or the use of self-help, as provided herein, any and all personal belongings, property, furnishings or installations remaining in the Premises after Plaintiff shall have regained possession of the Premises either through Coworkrs' peaceful surrender of the Premises, its eviction therefrom, or the use of self-help, as provided herein, shall be deemed abandoned by Coworkrs, and may be discarded by Plaintiff without liability to Coworkrs; and it is further

ORDERED AND ADJUDGED, that Plaintiff have execution thereon.

ENTER:

________________________, J.S.C.

HON. CAROLYN E. WADE
JUSTICE OF THE SUPREME COURT