# Exhibit "G"



Avrum Rosen <arosen@ajrlawny.com>

## Fwd: [EXT] Cease and Desist
1 message

**David Berg** <dberg@bergpllc.com>                                              Sun, Nov 26, 2023 at 6:21 PM
To: Avrum Rosen <arosen@ajrlawny.com>, Shlomo Silber <shlomo@bondcollective.com>, abe David <adavid@bergpllc.com>, David Goldwasser <dgoldwasser@fiacp.com>, Nico Pizzo <npizzo@ajrlawny.com>, "Alex E. Tsionis" <atsionis@ajrlawny.com>, Yitz Taub <ytaub@fiacp.com>

Sent from smartphone please excuse typos

David Berg, Esq.
Berg & David PLLC
372 Doughty Blvd
Inwood, NY 11096
Tel: (718) 989-1392 ext 214
Fax: (718) 989-1394
DBerg@Bergpllc.com

---------- Forwarded message ---------
From: <Jon.Newman@cliffordchance.com>
Date: Wed, Nov 8, 2023, 4:37 PM
Subject: RE: [EXT] Cease and Desist
To: <ADavid@bergpllc.com>
Cc: <dberg@bergpllc.com>, <oren@dearborncap.com>


Mr. David:

Thank you for confirming that the assertions in your initial email were in fact false.

My clients do not agree with the balance of your email, however.  While, as I stated in my initial response, Mr. Richland has not had any negotiations with the various landlords about anything other than his resignation as interim CEO of Bond, my clients do not agree with your assertion that they are bound by any restrictive covenants or covenant not to compete, as your email attempts to do. Mr. Richland has not, either in his own capacity or on behalf of Dearborn, signed any contract with Bond containing any restrictive covenants or covenants not to compete.  Not only is Bond's attempt to impose a restrictive covenant or covenant not to compete on Mr. Richland legally without merit, but it would also be patently unfair and unwarranted to restrain Mr. Richland from earning a livelihood and any attempt by Bond to do so will be fought vigorously.  Invoking the "covenant not to compete" is all the more absurd once the Bond leases have been terminated, as there can be no "competition" with a terminated tenant. As to your assertion regarding the use of Bond's "trade secrets" and "inner workings", I refer back to my response on that in my initial email.

I trust that this response settles all outstanding matters involving Bond and Mr. Richland and that the parties can part amicably.


Jon Newman

Partner
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Direct Dial:         +1 212 878 3144
Mobile:             +1 201 618 5330

Jon.Newman@cliffordchance.com

---

**From:** Abraham David <ADavid@bergpllc.com>
**Sent:** Tuesday, November 7, 2023 1:49 PM
**To:** Newman, Jon (Real Estate-NY) <Jon.Newman@CliffordChance.com>
**Cc:** dberg@bergpllc.com; oren@dearborncap.com
**Subject:** Re: [EXT] Cease and Desist



Mr. Newman:



Thank you for the prompt response. I appreciate that the information we received regarding Mr. Richland's activities was in fact misinformation and that we agree that Mr. Richland will in fact not have future contact with Bond Collective landlords and employees and will refrain from utilizing any knowledge gained as Interim CEO of Bond Collective's inner workings and trade secrets for any purpose other than to benefit Bond Collective.



Sincerely,



Abraham David, Esq.

Berg & David  PLLC

372 Doughty Blvd

Inwood, New York 11096

Office: (718) 989-1392
Cell: (917) 374-0348

Fax: (718) 989-1394
ADavid@Bergpllc.com



This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.



On Mon, Nov 6, 2023 at 7:04 PM <Jon.Newman@cliffordchance.com> wrote:

> Dear Mr. David:
>
>
>
> As you know, this firm represents Dearborn Capital Group and Oren Richland.  My clients are very disturbed and distressed by your email below, which was sent less than 24 hours after Bond Collective accepted Mr. Richland's resignation from his role as interim CEO of Bond Collective and the "termination" of the, albeit non-binding, LOI between Dearborn and Bond (the "LOI"). The self-serving assertion that--in the 18 or so hours between sending the resignation notice and receipt of your below email--Mr. Richland engaged with landlords of the various Bond locations to enter into new leases is categorically false.  Mr. Richland has done no such thing.  To the contrary, we have been

made aware that, following the transmission of the resignation and termination notice on Thursday evening and your acceptance of the same, investors from Bond Collective reached out to a few landlords to try to "save" the existing leases at those locations.   The only contact Mr. Richland had with the landlords was to advise the landlords of 92 Third Street, 55 Broadway, 60 Broad Street and L.A. that he had resigned from Bond Collective.  He also responded to an inquiry from the landlord of 92 Third Street as to who was reaching out to them regarding the matter (i.e., the investors in Bond Collective) as that landlord had no prior dealings with those individuals.  The claim and/or notion that Mr. Richland engaged in any conversations with any of the landlords regarding anything other than his resignation is completely without merit.

Although your email is based on an erroneous assumption and does not warrant a further response, I am compelled to address a few of the more glaring misstatements/mischaracterizations:  (1) Mr. Richland was not engaged to negotiate leases "on behalf of Bond", rather, per the express terms of the terminated (albeit non-binding) LOI, he was given the title of interim CEO for the discrete purpose of trying to reduce Bond's principals' exposure under the leases so that Dearborn, not Bond Collective, could explore the possibility of acquiring what could potentially be  profitable pieces of the Company (notwithstanding the fact that the exiting Bond Collective team was unable to successfully run the business); (2) even accepting your view that Mr. Richland had and/or has any fiduciary duty to Bond Collective before and/or after his accepted resignation, he never engaged in any conduct which would come close to breaching any such duty; and (3) Mr. Richland did not gain any trade secrets or other "know-how" from Bond Collective and any such information would be useless given that Bond Collective was unable to successfully operate its various facilities and is a completely insolvent company with mountainous debts and liabilities.

Please accept this reply as a categorical denial of the allegations you make in your email.  Any action taken by you in furtherance of such allegations will be met fiercely and forcefully.  Mr. Richland hereby reserves all rights.

Jon Newman

Partner
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Direct Dial:         +1 212 878 3144
Mobile:              +1 201 618 5330

Jon.Newman@cliffordchance.com

---

**From:** Abraham David <ADavid@bergpllc.com>
**Sent:** Friday, November 3, 2023 2:35 PM
**To:** Oren Richland <oren@dearborncap.com>
**Cc:** Newman, Jon (Real Estate-NY) <Jon.Newman@CliffordChance.com>; David Berg <dberg@bergpllc.com>
**Subject:** [EXT] Cease and Desist

Mr. Richland:

As you know we represent Bond Collective. On Thursday November 2, 2023 you resigned as Interim CEO of Bond Collective effective immediately. As Interim CEO you gained intimate knowledge of Bond Collective's lease holdings, weaknesses and strengths. You also gained access to contact points with Bond Collective's various landlords for the purpose of negotiating *on behalf of Bond Collective.* Despite your resignation you still owe a fiduciary duty to Bond Collective to refrain from using the knowledge you gained as its Interim CEO as means to benefit yourself at the expense of Bond Collective.

Despite the foregoing, it has come to our attention that you are actively engaging with Bond Collective landlords and employees for the purposes of undermining Bond Collective. You are hereby warned to Cease and Desist from continued contact with Bond Collective landlords and employees. You are further warned to Cease and Desist from utilizing any knowledge gained as Interim CEO of Bond Collective's inner workings and trade secrets for any purpose other than to benefit Bond Collective. If you continue to breach the fiduciary duty you owe to Bond Collective and/or continue to utilize Bond Collective's trade secrets for your own gain Bond Collective will utilize all legal means at its disposal.

Be advised accordingly.

Sincerely,

Abraham David, Esq.

Berg & David  PLLC

372 Doughty Blvd

Inwood, New York 11096

Office: (718) 989-1392
Cell: (917) 374-0348

Fax: (718) 989-1394
ADavid@Bergpllc.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete this message and any
attachment from your system.  If you are not the intended recipient you must not copy this message or attachment
or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different
offices and support entities in strict compliance with internal control policies and statutory requirements.
Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable
law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer
to any Clifford Chance office.

Switchboard:+1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement https://www.cliffordchance.com/Legal_statements/privacy_statement.html

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete this message and any
attachment from your system.  If you are not the intended recipient you must not copy this message or attachment
or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different
offices and support entities in strict compliance with internal control policies and statutory requirements.
Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable
law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer
to any Clifford Chance office.

Switchboard:+1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement https://www.cliffordchance.
com/Legal_statements/privacy_statement.html