# Exhibit "H"

*The Law Offices of Avrum J. Rosen*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
   ------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

                                             November 27, 2023

**BY EMAIL** - ehorowitz@gsrlaw.com
Eric S. Horowitz, Esq.
Gerstein Strauss & Rinaldi LLP
57 West 38th Street
New York, New York 10018

        **Re:  Chapter 11 Case of CoWorkrs 3rd Street LLC, Case No. 23-44306-ess**

Dear Mr. Horowitz:

      This firm is proposed Chapter 11 counsel for CoWorkrs 3rd Street LLC (the "Debtor"), which filed a chapter 11 case earlier today. Proof of the bankruptcy filing is attached. Despite your self-serving email of November 26, 2023, your clients are not properly in possession of the Debtor's leased premises, its personal property or the control of its employees.  This is because of several reasons.  First the Stipulation of Settlement did not terminate the lease under applicable bankruptcy law.

      Second, self-help, to the extent it could be used to re-take possession, which it cannot under applicable bankruptcy law, was never effectuated by the landlord.  It was effectuated by your client and its associates, who had no right to take the actions that it took.

      Third, your client clearly violated the express conditions of the non-disclosure agreement that he and his company entered into when he was first introduced to the Debtor.  Moreover, the seizure of the premises by your client, using hired security guards was nothing less than conversion of the Debtor's property. I would also note that all of the personal property of the Debtor, as well as its contract rights with its customers, are covered by a duly filed financing statement on behalf of the United States Small Business Association.

Eric S. Horowitz, Esq.
November 27, 2023
Page 2 of 2

       As a result, pursuant to section 362 of the Bankruptcy Code, you are hereby advised that you are to immediately cease any further efforts to collect rent, change the bank account where those funds are to be deposited and take any further action to obtain or keep control of the Debtor's assets. In addition, you are hereby directed to turn over full control of the Debtor's location to David Goldwasser, the Debtor's Chief Restructuring Officer, immediately, including all keys, passcodes, entry cards and any funds you may have collected pursuant to section 541 of the Bankruptcy Code.  Absent immediate compliance with these demands, the appropriate motions will be brought in the Bankruptcy Court to hold all responsible parties accountable.

       This letter is written without prejudice to the Debtor and the Debtor reserve all of its rights and remedies under the law and in equity.

       Thank you.

Very truly yours,

*/s/ Avrum J. Rosen*
Avrum J. Rosen

Enc.

Cc: Howard Grun, Esq.
    (hgrun@kfpgllp.com)

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/27/2023 at 4:49 PM and filed on 11/27/2023.

**CoWorkrs 3rd Street LLC**
55 Broadway
3rd Floor
New York, NY 10006
Tax ID / EIN: 32-0449276
*dba* **Bond Gowanus**

The case was filed by the debtor's attorney:

**Avrum J Rosen**
Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743
631-423-8527

The case was assigned case number 1-23-44306-ess to Judge Elizabeth S. Stong.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.
Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/27/2023 17:09:41 | | | |
| **PACER Login:** | npizzo31 | **Client Code:** | CoWorkers |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-23-44306-ess |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |