# Exhibit "I"



Nico Pizzo <npizzo@ajrlawny.com>

# Fwd: Fwd: Fwd: Innovo Works Gowanus / Official Letter and Legal Documentation from Ownership

1 message

**Gregg Jackowitz** <gregg@bondcollective.com>  Tue, Nov 28, 2023 at 5:12 PM
To: "Alex E. Tsionis" <atsionis@ajrlawny.com>, Avrum Rosen <arosen@ajrlawny.com>, David Goldwasser <dgoldwasser@fiacp.com>, adavid@bergpllc.com, David Berg <dberg@bergpllc.com>, Nico Pizzo <npizzo@ajrlawny.com>, Yitz Taub <ytaub@fiacp.com>, Shlomo Silber <shlomo@bondcollective.com>

Hi all, please see email just sent to all bond gowanus members by Innova.

Gregg Jackowitz

---------- Forwarded message ---------
From: **InnovoWorksGowanus@Innovo-Works.com** <innovoworksgowanus@innovo-works.com>
Date: Tue, Nov 28, 2023 at 4:39 PM
Subject: Innovo Works Gowanus / Official Letter and Legal Documentation from Ownership
To: rachel <rachel@innovo-works.com>, francisco <francisco@innovo-works.com>

Dear Members,

**As we previously advised you, Innovo Works 92 Third Street LLC ("Innovo") is the current tenant of the shared office space you utilize at 68-92 Third Street (the "Building").**

Earlier today you may have received an email from **Coworkrs 3rd Street LLC d/b/a Bond Collective, that** may have confused all of you as to what is going on at the property and how to proceed accordingly.

**92 Third Street LLC, our landlord and the owner of the Building** received a copy as well and provided the attached letter and related documentation for your review. **As indicated by our landlord, the lease held by Coworkrs 3rd Street LLC d/b/a Bond Collective was duly terminated, Bond Collective was legally evicted, and legal possession of the premises was delivered to Innovo on November 21, 2023.  There was no illegal and/or hostile takeover of the Gowanus location as Bond Collective alleges.  Instead, as confirmed by our landlord, with supporting documentation, Bond Collective's lease was duly terminated, and Bond Collective was legally evicted from the subject premises by the landlord.  As such, there is no question that Innovo is the current, legal tenant of the premises.**

 **As we also previously advised you, from on and after November 21, 2023, all fees and charges for your use and occupation of the premises are due and owing to Innovo, the current legal tenant.**

**The** Vice President of **our landlord** will be on-site tomorrow morning beginning at 8am to answer any questions that would further clarify the situation.

We apologize for the confusion and plan on providing continued uninterrupted access and usage of the location.

**We hope and trust that this clarifies the situation.  Please feel free to reach out with any questions.**

**Sincerely,**

**Innovo Works Gowanus**

**Management Team**

---

**3 attachments**

📄 **Default and Vacate Notices.pdf**
151K

📄 **Notice of Change of LL 11-28-23.pdf**
236K

📄 **So Ordered Stip of Settlement.pdf**
488K

**PLEASE BE ADVISED THAT THIS LETTER IS SENT FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED TO COLLECT, ASSESS, OR RECOVER A DEBT, OR OTHERWISE OBTAIN POSSESSION OF ANY PROPERTY OR EFFECT ANY PROPERTY RIGHTS OF COWORKERS 3RD STREET, LLC D/B/A BOND COLLECTIVE.**

# 92 THIRD STREET LLC
## C/O SAMSON MANAGEMENT LLC
### 118-35 QUEENS BOULEVARD - SUITE 1710
### FOREST HILLS, NEW YORK 11375

November 28, 2023

All Occupants
68-92 Third Street
Brooklyn, New York 11220

      Re    Portions of the Cellar, First (1st) Floor
            and Second (2nd) Floor ("Premises")
            68-92 Third Street
            Brooklyn, New York ("Building")

Please be advised that 92 Third Street LLC is the owner of the building at 68-92 Third Street. We know that you have recently received information from various parties regarding the identity of the tenant of the space which you rent in the Building. We are, therefore, writing to you to clarify the facts and recent events.

As owner of the Building, we terminated the lease previously held by Coworkers 3rd Street, LLC d/b/a Bond Collective ("Bond Collective") for the Premises, due to its repeated failure to uphold its obligations under its lease with us, including the obligation to pay substantial rent arrears. As part of that process, and under the authority of the New York State Supreme Court which issued a judgment against Bond Collective on April 29, 2022, we legally evicted Bond Collective from, and obtained legal possession of, the Premises on November 21, 2023.

Having legally evicted Bond Collective, we entered into a new lease agreement dated as of November 21, 2023, with Innovo Works 92 Third Street LLC ("Innovo Works") which obtained legal possession of the Premises from us as of November 21, 2023. Thus, and to be clear, from November 21, 2023 and forward, Bond Collective is no longer our tenant, and it has no rights with respect to your space or any portion of the Premises.

**92 THIRD STREET LLC**

November 28, 2023
Page 2

We understand that Coworkrs 3rd Street, LLC filed a bankruptcy petition on November 27, 2023, and has advised you that it remains the tenant of the Premises. Please be aware that the petition was filed <u>after</u> Bond Collective was evicted from the Premises. To resolve any confusion that the bankruptcy filing may have caused, we intend to seek an order from the Bankruptcy Court confirming that Bond Collective has no rights with respect to the Building, and confirming Innovo Work's right to deal with you regarding your space at the Premises.

We will update you as events occur, and we hope to provide you with the Court's order and updated information in the near future.

Please be guided accordingly.

        Very truly yours,

        92 Third Street LLC

By:    New 45 West 45th Street LLC,
        Sole Member

By:    Goldstein Advisors LLC, Manager

By:    _____
        David Kershner
        Management Committee Designee