# Exhibit "K"



**David Mordkovitch <davidm@bondcollective.com>**

## Clarification Regarding Recent Developments at 68-92 Third Street

**Jennifer Stahl** <jennifer.stahl@gmail.com>  Tue, Nov 28, 2023 at 9:59 PM
To: Shlomo Silber <shlomo@bondcollective.com>
Cc: Bond Collective Gowanus <gowanus@bondcollective.com>, Gregg Jackowtiz <gregg@bondcollective.com>, David Mordkovitch <davidm@bondcollective.com>, Sally Forman <sally@bondcollective.com>, Gabe Sherman <gsherman99@gmail.com>

I rent Office 34 along with my husband Gabriel Sherman. Our 3 month trial lease terminates on November 30.

We were very happy at Bond and intended to renew our lease for another year.  I am sorry to say we cannot renew given the contested circumstances. We will clear out our things before the end of the month. We would like our security deposit returned asap. What is the process for that? I am happy to come to your corporate offices to pick up the check.

If we can have our deposit returned, we will trust to go back to you when the dust settles.

Thank you.

Jennifer


Sent from my iPhone

> On Nov 28, 2023, at 9:48 PM, Shlomo Silber <shlomo@bondcollective.com> wrote:
>
>
> [Quoted text hidden]

---


**Filed 1007 Declaration-3rd Street.pdf**
792K



**David Mordkovitch <davidm@bondcollective.com>**

## Clarification Regarding Recent Developments at 68-92 Third Street

**Bess Kalb** <bess.kalb@gmail.com>   Tue, Nov 28, 2023 at 11:33 PM
To: Shlomo Silber <shlomo@bondcollective.com>
Cc: Bond Collective Gowanus <gowanus@bondcollective.com>, Gregg Jackowtiz <gregg@bondcollective.com>, David Mordkovitch <davidm@bondcollective.com>, Sally Forman <sally@bondcollective.com>

Please terminate my membership effective immediately.

I will stop by the office tomorrow to collect my belongings, and look forward to receiving confirmation from you that I am no longer a member of Bond Collective or "Oren's" Innovo Works.

Thank you for understanding,
Bess Kalb

[Quoted text hidden]



**David Mordkovitch <davidm@bondcollective.com>**

## Clarification Regarding Recent Developments at 68-92 Third Street

**Jordan's Pet Care** <hello@jordanspetcare.com>  Wed, Nov 29, 2023 at 9:01 AM
To: Shlomo Silber <shlomo@bondcollective.com>
Cc: Bond Collective Gowanus <gowanus@bondcollective.com>, David Mordkovitch <davidm@bondcollective.com>, Gregg Jackowtiz <gregg@bondcollective.com>, Sally Forman <sally@bondcollective.com>

Thank you for this update. This is all extremely confusing and concerning. I've already sent my payment to Innovo. Does this mean I need to stop payment? The back and forth here is insane.

Best,
Jordan Sachs

Jordan's Pet Care
www.jordanspetcare.com
718.709.9684

"The love for all living creatures is the most noble attribute of man."--Charles Darwin


On Tue, Nov 28, 2023 at 9:48 PM Shlomo Silber <shlomo@bondcollective.com> wrote:
> [Quoted text hidden]

   **David Mordkovitch <davidm@bondcollective.com>**

## Clarification Regarding Recent Developments at 68-92 Third Street

**Shlomo Silber** <shlomo@bondcollective.com>  Thu, Nov 30 at 2:56 PM
To: David Mordkovitch <davidm@bondcollective.com>
Cc: Gregg Bond DOS <gregg@bondcollective.com>, Sally Forman <sally@bondcollective.com>

Please respond and file accordingly

---------- Forwarded message ---------
From: **Ross Toombs** <rtoombs@meridianprime.com>
Date: Thu, Nov 30, 2023, 12:56 PM
Subject: Re: Clarification Regarding Recent Developments at 68-92 Third Street
To: Shlomo Silber <shlomo@bondcollective.com>

Hi Shlomo,

With all that is going on with Innovo at the moment, we would like to cancel our contract immediately effective today to avoid any issues with being dragged into bankruptcy filings and potential changes of landlord. Also don't want to work with a company like Innovo if it ever gets to that.

Is this something that we can do and then reassess things when the dust settles? One less tenant to have to worry about in this process.

I am sorry that you are having to go through all this. Sounds extremely stressful and especially having to deal with it the way that it is happening to you.

Warmest Regards,
Ross

**Ross Toombs**
**CEO/President**
**Meridian Prime Inc.** I 68 3rd Street, Suite 30, Brooklyn NY 11231
(T) 914.707.0949 I www.meridianprime.com

---

**From:** Shlomo Silber <shlomo@bondcollective.com>
**Sent:** Tuesday, November 28, 2023 7:47 PM
**To:** Bond Collective Gowanus <gowanus@bondcollective.com>
**Cc:** Gregg Jackowtiz <gregg@bondcollective.com>; David Mordkovitch <davidm@bondcollective.com>; Sally Forman <sally@bondcollective.com>
**Subject:** Clarification Regarding Recent Developments at 68-92 Third Street

[Quoted text hidden]

 **David Mordkovitch <davidm@bondcollective.com>**

## Clarification Regarding Recent Developments at 68-92 Third Street

**Sean Toole** <douglas.s.toole@gmail.com>　　　　　　　　　　　　　　　　　　　Tue, Nov 28 at 11:59 PM
To: Shlomo Silber <shlomo@bondcollective.com>
Cc: Bond Collective Gowanus <gowanus@bondcollective.com>, Gregg Jackowtiz <gregg@bondcollective.com>, David Mordkovitch <davidm@bondcollective.com>, Sally Forman <sally@bondcollective.com>

If you are bankrupt and i have paid you a security deposit that means I am your creditor because you cannot return when my term ends. Why should I give you additional monies while you cannot ensure that I am able to use it enjoy the premises that I have paid for because you do not control access?

Sincerely,


Sean Toole
Chrysalis Capital and Advisory LLC
+1 (713) 828-6367
https://www.linkedin.com/in/douglas-sean-toole/


　　　On Nov 28, 2023, at 9:48 PM, Shlomo Silber <shlomo@bondcollective.com> wrote:


[Quoted text hidden]
Filed 1007 Declaration-3rd Street.pdf

 **David Mordkovitch <davidm@bondcollective.com>**

---

## Clarification Regarding Recent Developments at 68-92 Third Street

**Alan Kahn** <alan@brooklyn.church>     Wed, Nov 29 at 12:52 AM
To: Shlomo Silber <shlomo@bondcollective.com>
Cc: Bond Collective Gowanus <gowanus@bondcollective.com>, Gregg Jackowtiz <gregg@bondcollective.com>, David Mordkovitch <davidm@bondcollective.com>, Sally Forman <sally@bondcollective.com>

Sorry for the difficult situation.

**It is clear that we need: not an attorney filing but a court order confirming the rightful tenant (Whether officially evicted or stayed).**

Obviously a little TMI to have all the data points sent our way, but since it's here...it looks like two separate (although related) issues:

1. Landlord's case against BC
2. BC's case against Oren

#2 is not relevant to us as co-working members. Although, I understand why you thought it important to mention.

Appreciate you encouraging us not to pay either party at this time. I think it's the right thing to do until this is resolved.

I'm sure you probably got a lot of feedback already, but as a co-working member of Gowanus for the past 2 years I thought it important to chime in from a member's perspective.

[Quoted text hidden]



**David Mordkovitch <davidm@bondcollective.com>**

# Bond Collective Gowanus - Important Update Regarding Recent Events

**Jordan's Pet Care** <hello@jordanspetcare.com>  Wed, Nov 29 at 1:53 PM
To: Gregg Jackowitz <gregg@bondcollective.com>
Cc: Bond Collective Gowanus <gowanus@bondcollective.com>, Bond Collective Invoices <invoices@bondcollective.com>, David Mordkovitch <davidm@bondcollective.com>, Jordan's Pet Care <info@jordanspetcare.com>, Sally Forman <sally@bondcollective.com>, Shlomo Silber <shlomo@bondcollective.com>

I have already sent my payment to Innovo. You all can figure out the financial situation as I don't have time to deal with this drama and figuring out where my rent should be sent. Thank you.

Best,
Jordan Sachs
www.jordanspetcare.com
718-709-9684

Yelp! Us
Find us on Facebook
Check us out on Instagram


"The love for all living creatures is the most noble attribute of man."--Charles Darwin



[Quoted text hidden]