# The Law Offices of Avrum J. Rosen

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

December 12, 2023

**CORRECTED**

**VIA ECF ONLY**
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 C Cadman Plaza East
Brooklyn, New York 11201

Re: Chapter 11 Case of CoWorkrs 3rd Street LLC, Case No. 23-44306-ess & Ad. Pro. No. 23-01113-ess

Dear Hon. Judge Strong:

As per your Honor's direction at the last hearing in this case, the undersigned is filing this Status Letter. Since the last hearing all of the parties have been engaged in global settlement discussions. Those negotiations are continuing, and the parties have agreed that there is no need for Your Honor to conduct an emergency hearing tomorrow and all matters can be adjourned to the alternative December 19, 2023 date at 1:30 p.m.

Thank you.

Very truly yours,

*s/Avrum J. Rosen*

All Parties by ECF