UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                                                    Chapter 11

    COWORKRS 3RD STREET LLC                              Case No.: 23-44306-ess
    *dba* BOND GOWANUS,
                               Debtor.
----------------------------------------------------------------X
COWORKRS 3RD STREET LLC
*dba* BOND BOWANUS

                             Plaintiff,                  Adv. Pro.: 23-01113-ess

    - against –

92 THIRD STREET LLC,
OREN RICHLAND,
DEARBORN CAPITAL GROUP LLC,
INNOVO WORKS 92 THIRD STREET LLC,
and INNOVO WORKS LLC,

                             Defendants.
----------------------------------------------------------------X

**STIPULATION REGARDING SERVICE OF PROCESS
AND EXTENDING TIME TO RESPOND TO COMPLAINT**

**WHEREAS**, on November 30, 2023, CoWorkrs 3rd Street LLC *dba* Bond Gowanus ("Plaintiff") commenced an action against, among other defendants, 92 Third Street LLC ("Defendant"); and

**WHEREAS**, the Plaintiff asserts that the last day for the Defendant to answer, move or otherwise respond to the Plaintiff's complaint (the "Complaint") is January 2, 2024.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1.     The Defendant hereby waives any and all defenses as to service of process.

2.     The time for the Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including February 1, 2024.

3. This stipulation may be executed in counterparts and when taken together shall constitute one original document, and any signatures via facsimile or other electronic means shall be deemed an original.

| | |
|---|---|
| Dated: December 29, 2023<br>Huntington, New York | Dated: December 29, 2023<br>New York, New York |
| **Law Offices of Avrum J. Rosen, PLLC** | **Blank Rome LLP** |
| By: */s/ Avrum J. Rosen*<br>Avrum J. Rosen<br>38 New Street<br>Huntington, New York 11743<br>Tel: (631) 423-8527<br>arosen@ajrlawyny.com | By: */s/ Ira L. Herman*<br>Ira L. Herman<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 885-5052<br>ira.herman@blankrome.com |
| *Counsel to CoWorkrs 3rd Street LLC dba Bond Gowanus* | *Counsel to 92 Third Street LLC* |

**IT IS SO ORDERED**



Dated: Brooklyn, New York
January 2, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge

2