UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                    Chapter 11

    COWORKRS 3RD STREET LLC                                  Case No.: 23-44306-ess
    *dba* BOND GOWANUS,
                       Debtor.
-----------------------------------------------------------------X
COWORKRS 3RD STREET LLC
*dba* BOND GOWANUS

                       Plaintiff,                      Adv. Pro. No.: 23-01113-ess

    - against -

92 THIRD STREET LLC,
OREN RICHLAND,
DEARBORN CAPITAL GROUP LLC,
INNOVO WORKS 92 THIRD STREET LLC,
and INNOVO WORKS LLC,

                       Defendants.
-----------------------------------------------------------------X

## ORDER APPROVING SETTLEMENT

Upon the motion (the "Motion"), by notice of hearing, dated May 8, 2024, of CoWorkrs 3rd Street LLC *dba* Bond Gowanus, the above-captioned plaintiff and debtor and debtor in possession (the "Debtor"), pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order approving the settlement between the Debtor and CoWorkrs LLC *d/b/a* Bond Collective *a/k/a* Bond Collective LLC, 92 Third Street LLC, Oren Richland, Dearborn Capital Group LLC, Innovo Works 92 Third Street LLC and Innovo Works LLC, including the settlement agreement (the "Settlement Agreement") attached thereto as Exhibit A; and there being no filed opposition to the relief requested; and a hearing having been held before the Court on May 30, 2024 (the "Hearing"); and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion and the Hearing was sufficient and no additional notice of or a hearing on the Motion is required under the circumstances, and (v) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and for the reasons set forth on the record at the Hearing,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Bankruptcy Rule 9019, the Debtor is authorized to enter into the Settlement Agreement.

2. The Settlement Agreement is approved.

3. The Debtor is authorized to take any and all actions reasonably necessary to consummate the Settlement Agreement and perform any and all obligations contemplated therein.

4. Upon the entry of this Order, the Clerk of the Court is directed to close the above-captioned adversary proceeding.

5. The Court may retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.