**Law Offices of Avrum J. Rosen, PLLC**  
38 New Street  
Huntington, New York 11743  
(631) 423-8527  
Avrum J. Rosen, Esq.  
Alex E. Tsionis, Esq.  
Nico G. Pizzo, Esq.  

**Hearing Date: May 30,2024**  
**Hearing Time: 10:30 a.m.**  
**Objection Deadline: May 23, 2024**

*Attorneys for CoWorkrs 3rd Street LLC dba Bond Gowanus*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------------------X  

In re:                                               Chapter 11

    COWORKRS 3RD STREET LLC         Case No.: 23-44306-ess  
    *dba* BOND GOWANUS,  
                          Debtor.  
----------------------------------------------------------------X  
COWORKRS 3RD STREET LLC  
*dba* BOND GOWANUS  

                      Plaintiff,         Adv. Pro. No.: 23-01113-ess  

- against -

92 THIRD STREET LLC,  
OREN RICHLAND,  
DEARBORN CAPITAL GROUP LLC,  
INNOVO WORKS 92 THIRD STREET LLC,  
and INNOVO WORKS LLC,  

                      Defendants.  
----------------------------------------------------------------X  

**NOTICE OF HEARING ON DEBTOR'S  
MOTION FOR THE ENTRY OF AN ORDER  
AUTHORIZING DEBTOR TO ENTER INTO  
PROPOSED SETTLEMENT PURSUANT TO RULE 9019  
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE**, that on **May 30, 2024, at 10:30 a.m.**, a hearing (the "Hearing") will be conducted before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in Courtroom 3585, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 on the motion filed by CoWorkrs 3rd Street LLC *dba* Bond Gowanus, the plaintiff and debtor and debtor in possession (the

"<u>Debtor</u>"), seeking the entry of an order authorizing the Debtor to enter into a proposed settlement agreement pursuant to section 105(a) of Title 11 of the United States Code and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE**, that all hearings before Judge Stong will be conducted by telephone, video or in person, as the Court deems appropriate. For remote hearings, whether telephonic or video, it is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely. Whether the hearing is in person or remote, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For remote hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be in writing, conform with Title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure and the E.D.N.Y. Local Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than **May 23, 2024** as follows: (i) through the

Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing on the Motion may be adjourned from time to time without any other announcement other than that set forth in open Court.

Dated: May 8, 2024  
       Huntington, New York

Respectfully submitted,

**Law Offices of Avrum J. Rosen, PLLC**

By:   */s/ Avrum J. Rosen*  
      Avrum J. Rosen, Esq.  
      Alex E. Tsionis, Esq.  
      Nico G. Pizzo, Esq.  
      38 New Street  
      Huntington, NY 11743  
      (631) 423-8527  
      arosen@ajrlawny.com  
      atsionis@ajrlawny.com  
      npizzo@ajrlawny.com

      *Counsel to CoWorkrs 3rd Street LLC*  
      *dba Bond Gowanus*